UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| Limaris Sánchez-Díaz, et al., <br><br> Plaintiffs <br><br> vs. <br><br> UHS of Puerto Rico, Inc., et al., <br><br> Defendants | Civil no. 07-1379 (FAB) |

**Motion In Compliance With Court Order**

Comes Now Alexandra Amador, through the undersigned attorneys, and respectfully states and prays as follows:

1.  The phrase "fully collateralized" is not used to refer to bond issues. Some bond issues are "guaranteed" by insurance companies whose main line of business is to guarantee bond issues as to principal and interest.

2.  Of the 12 bonds held in UBS account XH-00925, 5 are **guaranteed as to principal and interest** by various insurance companies. The other 7 bonds are not guaranteed but are considered to be **investment grade.**

3.  **"Investment grade"** refers to the quality of the issuer's credit. In order to be considered an **investment grade issue**, the issuer must be rated at "BBB" or higher by Standard & Poor's or Moody's, the two best known rating agencies.

4.  Exhibit A hereto shows that the 7 bonds held in account XH-00925 that are not **guaranteed** are **investment grade**. Thus, there should be no doubt that the bond portfolio in said account is of very high quality.

WHEREFORE, Alexandra Amador moves the Honorable Court to hold her in compliance with the Order issued on January 18, 2011.

San Juan, Puerto Rico, this 21st day of January, 2011.

WE HEREBY CERTIFY that on this same date we have electronically filed the instant motion with the Clerk of the Court. The CM/ECF system will notify it by electronic mail to David Efrón, Esq., at efron@davidefronlaw.com.

BOBONIS, BOBONIS & RODRÍGUEPOVENTUD
129 DE DIEGO AVENUE
SAN JUAN, PUERTO RICO 00911-1927
TEL. (787) 725-7941 / FAX. 725-4245


S/ GUILLERMO J. BOBONIS
USDC – PR NO. 126214
gjb@bobonislaw.com